ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :    MISDEMEANOR
                                     INFORMATION
       v.                       :
                                     08 Cr.
SANDRA LOPEZ,                   :
                                     08 CRIM 517
            Defendant.          :

- - - - - - - - - - - - - - - X

COUNT ONE

The United States Attorney charges:

From on or about December 22, 2004, up to and including on or about October 16, 2006, in the Southern District of New York and elsewhere, SANDRA LOPEZ, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her use and the use of another, and without legal authority, did sell, convey, and dispose of records, vouchers, money, and things of value of the United States and of a department and an agency thereof, namely, the United States Department of Housing and Urban Development ("HUD"), the value of which did not exceed $1,000, and did receive, conceal, and retain the same with intent to convert it to her use and gain, knowing it to have been embezzled, stolen, purloined, and



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
JUN 0 9 2008

converted, to wit, LOPEZ received Section 8 housing benefits from HUD, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SANDRA LOPEZ,

Defendant.

**MISDEMEANOR**
**INFORMATION**

08 Cr.

(18 U.S.C. § 641.)

MICHAEL J. GARCIA
United States Attorney.